**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 07, 2026

Mr. Michael B. Buschbacher
Boyden Gray
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

Mr. Joshua Koppel
U.S. Department of Justice
Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7218
Washington, DC 20530

Mr. Peter Simshauser
U.S. Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, DC 20590

Mr. Gregory Zerzan
U.S. Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, DC 20590

Re: Case No. 26-3923
*Kentucky Corn Growers Association, et al v. NHTSA, et al*
Originating Case No. NHTSA-2025-0491

Dear Counsel,

This case has been docketed as number **26-3923** with the caption that is enclosed on a separate page. Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

The following case opening items should be docketed with the Clerk's office by **October 21, 2026**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space. If payment did not accompany the petition for review, the $600 filing fee should also be paid by this date.

| | |
|---|---|
| Petitioner: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Respondent: | Appearance of Counsel |

These deadlines are important - if the initial case opening items are not timely filed and necessary fees paid, the case will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens

Case Management Specialist: Sharday
Direct Dial No. 513-564-7027

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-3923**

KENTUCKY CORN GROWERS ASSOCIATION; MICHIGAN CORN GROWERS ASSOCIATION; OHIO CORN GROWERS ASSOCIATION; TENNESSEE CORN GROWERS ASSOCIATION

Petitioners

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; JONATHAN MORRISON, in his official capacity as Administrator of the National Highway Traffic Safety Administration; SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation

Respondents